HAMADA, Respondent.—Order, Supreme Court, New York County, entered on March 1, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on May 7, 1979 dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CORONADO, Appellant.—Judgment, Supreme Court, New York County, rendered on April 23, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

■ ALLIED CHEMICAL CORPORATION, Respondent, v EAST EUROPE IMPORT EXPORT, INC., Appellant.—Judgment, Supreme Court, New York County, entered on July 24, 1978, unanimously affirmed for the reasons stated by Fein, J. Plaintiff-respondent shall recover of defendant-appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sandler, Markewich and Silverman, JJ.

■ In the Matter of ERNEST MILCHMAN, an Attorney.—Motion granted insofar as (1) to vacate the order of this court entered on December 19, 1978 striking respondent's name from the roll of attorneys and counselors at law in the State of New York, (2) to order a reference, and (3) to deem respondent suspended from practice pursuant to amended section 90 of the Judiciary Law, (L 1979, ch 674, § 3) pending the reference directed herein and action by this court upon the Referee's report. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Silverman, JJ.

■ In the Matter of FRANCIS E. RINEHART, an Attorney.—Respondent's motion granted insofar as (1) to vacate the order of this court entered on December 7, 1978 to the extent it struck respondent's name from the roll of attorneys and counselors at law in the State of New York, (2) to order a reference, and (3) to deem respondent suspended from practice pursuant to amended section 90 of the Judiciary Law (L 1979, ch 674, § 3) pending the reference directed herein and action by this court upon the Referee's report. Concur—Sandler, J. P., Lane, Lupiano, Silverman and Ross, JJ.

■ In the Matter of STEVEN SCHIFF, an Attorney.—Motion granted insofar as (1) to order a reference, and (2) to deem respondent suspended from practice as an attorney and counselor at law in the State of New York pursuant to amended section 90 of the Judiciary Law (L 1979, ch 674, § 3) pending the reference directed herein and action by this court upon the Referee's report. Concur—Kupferman, J. P., Sandler, Bloom, Lane and Lupiano, JJ.

■ In the Matter of MURRAY H. LEIFER, an Attorney.—Motion granted insofar as (1) to vacate the order of this court entered on July 13, 1978 striking respondent's name from the roll of attorneys and counselors at law in the State of New York, (2) to order a reference, and (3) to deem respondent suspended from practice pursuant to amended section 90 of the Judiciary Law (L 1979, ch 674, § 3) pending the reference directed herein and action by this court upon the Referee's report. Concur—Birns, J. P., Fein, Sullivan, Markewich and Ross, JJ.

■ In the Matter of SIDNEY FELDSHUH, an Attorney.—Motion granted